

RECEIVED
5/5/2022
AK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FILED
5/6/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

[*This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.*]

**SHEDRICK BOWES-NORTHERN**,

[*You are the **PLAINTIFF**, print your full name on this line.*]

v.

**ESTATE OF SHIRLEY FIELDS**,

[*The **DEFENDANT** is who you are suing. Put **ONE** name on this line. List **ALL** defendants below, including this one.*]

**AMENDED COMPLAINT**

Case Number **1:21-cv-06345**

[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

# CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [*Put the defendant named in the caption in this box.*] **THE ESTATE OF SHIRLEY FIELDS** | **Attorney Amy Delaney 111 N Wabash Ave Suite 1300, Chicago, IL 60602** |
| 2 | [*Put the names of any other defendants in these boxes.*] | |
| 3 | | |

[*If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.*]

1. How many defendants are you suing? **1**

2. What is your address? **1101 CUMBERLAND CROSSING DRIVE #202 VALPARAISO, IN 46383**

3. What is your telephone number: (_____) **312-292-1945**

4. Have you ever sued anyone for these exact same claims?

   ✓ No.

   ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

  **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

  **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you*.]

1. _____

## **SEE ATTACHMENTS**

_____

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
  ☑ No.
  ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

**SEE ATTACHMENT**

_____
_____
_____

FILING FEE – Are you paying the filing fee?

  ◯ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

  ☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

**SBN** I will keep a copy of this complaint for my records.
**SBN** I will promptly notify the court of any change of address.
**SBN** I declare **under penalty of perjury** that the statements in this complaint are true.

_Shedrick B_ (Signature)                                                **05/05/22**
Signature                                                                Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

1. Shedrick Bowes-Northern, the Plaintiff, is a resident of Indiana.

2. Shirley Fields, Defendant, is a resident of Illinois.

3. Allstate insurance company is a business that operates in Illinois.

4. This action arose from a car accident on November 26, 2019. In the state of Indiana, westbound on I80 in Hammond, Indiana.

On November 26, 2019, at approximately 4:05 p.m., Plaintiff, Shedrick Bowes-Northern, was operating his vehicle, a 2010 Town and Country, traveling east on interstate i80 in Hammond, IN.

On November 26, 2019, at approximately 4:05 p.m., Defendant Shirley Fields, was operating a vehicle, a 2017 JEEP WRANGLER UT, directly behind Plaintiff traveling east on interstate i80 in Hammond, IN.

Defendant Shirley Fields negligently operated, maintained, and controlled said automobile by failing to come to a stop behind Plaintiff, causing her to rear-end the vehicle driven by Plaintiff.

Defendant, Shirley Fields, was negligent in the following particulars, among others, to wit:

a. Failure to keep the vehicle under control;

b. Failure to give full time and attention;

c. Failure to keep a proper lookout;

d. Failure to reduce speed to avoid a collision;

e. Unreasonable operation of a vehicle under conditions existing;

f. Negligent driving;

g. Reckless driving;

h. Failure to yield right of way.

i. operated the motor vehicle at a high, dangerous and excessive rate of speed under the circumstances then and there existing;

j. failed to observe due care and precaution and to maintain proper and adequate control of the motor vehicle;

k. failed to keep a proper lookout for other vehicles lawfully upon the highway;

l. failed to exercise reasonable care in the operation of the motor vehicle under the circumstances then and there existing;

The collision was due to Defendant Shirley Fields' negligence without any contributory negligence whatsoever by the Plaintiff Shedrick Bowes- Northern.

COUNT I
(Negligence)

Plaintiff, Shedrick Bowes-Northern, adopts and incorporates all of the facts and allegations set forth above as if fully set forth herein.

As a direct and proximate result of the collision described above, caused by the negligence of the Defendant Shirley Fields, Plaintiff Shedrick Bowes-Northern, who was operating the vehicle at the time of the crash mentioned above, was suddenly thrown against the inside of the automobile, Plaintiff, Shedrick Bowes-Northern, suffered severe pain and permanent injury, including but not limited to, head, neck, foot, low back, all of which have caused Plaintiff Loss of enjoyment of life, disability or disfigurement, Loss of consortium, mental anguish, Loss of companionship, emotional distress, depression, PTSD, stress, Lowered quality of life, sleep problems, and sexual dysfunction.

As a further direct and proximate result of the negligence of Defendant Shirley Fields, Plaintiff Shedrick Bowes-Northern, has been forced to expend large sums of money for hospitalization, x-rays, nurses, medical treatment, and medicine for the treatment of the injuries described above to herself.

As a further direct and proximate result of the negligence of Defendant Shirley Fields, Plaintiff Shedrick Bowes-Northern was forced to lose time from her employment and has suffered a loss of wages for which he seeks remuneration.

Vehicle repairs

Hospital bills

Medication co-pays

Physical therapy costs

Lost income

Pain and suffering


5. On November 26, 2019, Plaintiff Shedrick Northern was carefully and prudently stopped in traffic on the i80 expressway located in Hammond, IN, when Shirley Fields rear-ended his car.

6. At the time, a motor vehicle operated by Shirley Fields was traveling and smashed into Plaintiff's vehicle, causing a car accident in which Plaintiff sustained severe personal injuries.

8. At all times herein mentioned, Plaintiff's vehicle was operated reasonably and prudently, with due caution and regard for the motor vehicle laws of the State of Indiana

9. Defendant Shirley Fields traveled westbound on I80 in lane four behind Plaintiff 2010 CHRYSLER TOWN AND COUNTRY. Plaintiff was slowed due to traffic. Defendant Failed to maintain control of her 2017 JEEP WRANGLER UT and rear-ended Plaintiff. Defendant Shirley Fields caused the collision by following too close to Plaintiff.

10. The recklessness caused the collision, carelessness, and negligence of the Defendant, Shirley Fields, for that, among other acts and omissions the, Defendant:

a. operated the motor vehicle at a high, dangerous and excessive rate of speed under the circumstances then and there existing.

b. failed to reduce speed to avoid a collision.

c. failed to observe due care and precaution and to maintain proper and adequate control of the motor vehicle.

d. failed to keep a proper lookout for other vehicles on the highway.

c. failed to exercise reasonable care in the operation of the motor vehicle under the circumstances then and there existing; and

f. In other respects, not now known to Plaintiff but may become known before or at the time of trial.

11. As a direct and proximate result of the negligence and carelessness of Defendant, Plaintiff suffered:

a. pain and suffering from severe physical back pain, concussion, and foot pain.

b. severe and substantial emotional distress, mental anguish, PTSD, fear,

c. loss of wages lost opportunities, Loss of the capacity to enjoy life, Loss of time with children, family, and friends, interference with everyday life, lost time, sex life and drive, and disfigurement.

d. was, is, and will be required to undergo medical treatment and to incur medical costs and expenses to alleviate injuries, pain, and suffering;

e. was, is, and will be prevented from engaging in everyday activities and pursuits, including a loss of ability to earn money and of actual earnings;

f. and, otherwise, was hurt, injured, and caused to sustain losses.

12. Plaintiff is demanding monetary and punitive damages from Defendants Shirley Fields and Allstate Insurance company.

13. For past and future medical, incidental, and service expenses.

14. For pre- and post-judgment interest on all damages as allowed by the law

15. For such other and further relief as the Court may deem just and proper.

16. All of Plaintiff's losses were, are, and will be due to the carelessness and negligence of Defendant Shirley Fields, without any negligence or want of due care on Plaintiff's part contributing to the harm done.

**PRAYER FOR RELIEF:**

WHEREFORE, Plaintiff is entitled to damages from the Defendant, and he hereby prays that judgment to be entered in his favor and against the Defendant as follows:

i. Declaratory relief.

ii. Actual damages for the blameworthy conduct of the Defendant as alleged herein to the maximum extent permitted under the law;

iii. Punitive damages;

iv. Interest as provided by law;

v. An award of fees and costs;

vi. Such other relief as the Court deems just and proper.

WHEREFORE, Plaintiff Shedrick Bowes-Northern demands THREE HUNDRED FIFTY THOUSAND DOLLARS ($350,000) in damages.

Respectfully submitted by,

/SHEDRICK NORTHERN/