UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SHEDRICK NORTHERN,**<br><br>　　Plaintiff,<br>vs.<br><br>**THE ESTATE OF SHIRLEY FIELDS,**<br><br>　　Defendant. | Case No. 1:21-cv-06345<br><br>Honorable Manish S. Shah<br><br>Magistrate Jeffery Cummings |

**OPPOSED MOTION FOR LIMITED PURPOSE TO QUASH PURPORTED SERVICE OF PROCESS OF MAY 10, 2022 ON THE ESTATE OF SHIRLEY FIELDS**

Defendant, THE ESTATE OF SHIRLEY FIELDS, appearing for the limited purpose for contesting service upon the estate of Shirley Fields, by their attorney David Koppelman of LaRose & Bosco, Ltd., moves to quash service of process upon the Estate of Shirley Fields. In support of said motion, Defendant, The Estate of Shirley Fields, states as follows:

**Introduction**

1. Plaintiff filed his Amended Complaint against The Estate of Shirley Fields on May 5, 2022 alleging that he sustained certain personal injuries as a result of motor vehicle accident that he was involved in on November 26, 2019 with decedent, Shirley Fields.

2. Summons was issued and purportedly served May 10, 2022 on an employee named Amber Matys of the Law Firm Delaney, Delaney & Voorn 111 N. Wabash Street, Suite 1205 Chicago, IL. 60602. (See Exhibit A).

3. There is currently no Estate open for decedent Shirley Fields in the State of Illinois or any other State for that matter. The law firm of Delaney, Delaney & Voorn opened up a limited Guardianship in the State of Illinois in order to sell the decedent's Bellwood Illinois residence. (See Exhibit D). This limited Guardianship under In Re: Estate of

Shirley Fields, a person with a disability 2021 P 328 was closed March 3, 2021 by Order of Court. (See attached Exhibit B and Exhibit D).

4. There was an estate opened in Indiana on behalf of decedent Shirley Fields, but that estate was closed by Order of Court on August 26, 2021. (See attached Exhibit C and Exhibit D).

5. The law firm of Delaney, Delany & Voorn ceased representing The Estate of Shirley Fields for any and all legal matters effective March 3, 2021. (See attached Exhibit D). The law firm of Delaney, Delaney & Voorn did not have the legal authority to accept service of the Summons on May 10, 2022 on behalf of the Estate of Shirley Fields. (See attached Exhibit D).

**WHEREFORE,** Defendant, THE ESTATE OF SHIRLEY FIELDS, for limited purpose to contest service of summons, respectfully requests that this Honorable Court grant its Motion to Quash and order that the Summons served May 10, 2022 be held for naught, and/or for any other relief that this Court deems appropriate under the circumstances.

Respectfully submitted,

s/ David Koppelman
Attorney for Defendant, The Estate of Shirley Fields

David Koppelman (ARDC #6201438)
LaRose & Bosco, Ltd.
Attorney for Defendant, Estate of Shirley Fields
1011 Lake Street, Ste. 100
Oak Park, IL 60301
(312) 642-4414; Fax: (312) 642-0434
dkoppelman@laroseboscolaw.com

## CERTIFICATE OF SERVICE

I, David Koppelman, an attorney, certify that I caused the following document

**DEFENDANT THE ESTATE OF SHIRLEY FIELDS MOTION TO QUASH SUMMONS**

to be served upon the *Plaintiff pro se* listed below by electronically filing the same, this **19th day** of **May, 2022**.

**TO:**

*Plaintiff pro se*
Shedrick Northern
1101 Cumberland Crossing Drive #202
Valparaiso, IN 46383
shedrickchildren@gmail.com

                                                Respectfully submitted,

                                                /s/ David Koppelman
                                                David Koppelman

David Koppelman (ARDC #6201438)
LaRose & Bosco, Ltd.
Attorney for Defendant Estate of Shirley Fields
1011 Lake Street, Ste. 100
Oak Park, IL 60301
(312) 642-4414
Fax: (312) 642-0434
dkoppelman@laroseboscolaw.com

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHEDRICK BOWES-NORTHERN | 21CV6345 |
| DEFENDANT | TYPE OF PROCESS |
| THE ESTATE OF SHIRLEY FIELDS | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
**Amy Delaney**
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**111 N. WABASH AVE SUITE 1300, CHICAGO, IL 60602**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

SHEDRICK BOWES-NORTHERN
1101 CUMBERLAND CROSSING DR.
#202
VALPARAISO, IN 46383

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

ESTATE OF SHIRLEY FIELDS
ATTORNEY AMY DELANEY
111 N. WABASH AVE SUITE 1300,
CHICAGO, IL 60602
(312) 878-0155

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
*Shedrick B*
TELEPHONE NUMBER: 312-292-1945
DATE: 05/05/22

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
AMBER MATYS / LEGAL ASSISTANT

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 5/10/22  Time: 1010 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy: *McKenzi Phelps*

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: ONE DUSM; SERVED; 1 mile

**FILED** 5/10/2022 AK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**EXHIBIT A**

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/80

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, PROBATE DIVISION

In re:
Estate of:
   Shirley Fields,
      a person with a disability.

No. 2021 P 328

### ORDER

THIS MATTER coming to be heard for presentation of Report on Sale of Real Property, due notice given and the Court fully advised in the premises, it is hereby ordered:

1. The Guardian's Report on Sale of Real Property is entered and approved.
2. The hearing date of March 24, 2021 is stricken.
3. The ancillary estate is closed.

HEATHER VOORN
MISSY TURK
DELANEY DELANEY & VOORN, LTD.
111 N. WABASH - SUITE 1205
CHICAGO, IL 60602
(312) 878-0155
ATTORNEY ID: 49283
HVOORN@DDVELDERLAW.COM

ENTER

DATED March 3, 2021



ENTERED
Judge Aicha Marie MacCarthy-2099
MAR 0 3 2021
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL



EXHIBIT B

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE CIRCUIT COURT NO. 1 |
| | )SS: | |
| COUNTY OF DELAWARE | ) | CAUSE NO.: 18C01-2101-ES-000001 |
| | | |
| IN THE MATTER OF THE | ) | |
| SUPERVISED ESTATE OF: | ) | |
| | ) | |
| SHIRLEY K FIELDS, | ) | |
| DECEASED. | ) | |

### ORDER APPROVING SUPPLEMENTAL REPORT OF DISTRIBUTION AND DISCHARGING ADMINISTRATOR

Comes now Loraine B. Fields, Administrator of the Estate of Shirley K. Fields, deceased, and submits her Verified Supplemental Report of Distribution and Petition for Discharge, which is on file with this Court.

And the Court, having examined said report and being duly advised in the premises, now finds the allegations stated in said report are true, and that said report should be approved, the Estate Closed, and the Administrator released from any further liability.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that the Administrator's Supplemental Report of Distribution is in all respects approved, and that Loraine B. Fields is discharged from any further liability or responsibility and that the Estate of Shirley K. Fields is hereby closed.

All of which is ordered on ___August 26, 2021___.

*Marianne Vorhees*

_____
JUDGE, DELAWARE CIRCUIT COURT 1

Distribution to:

John B. LaRue, P.C.
4910 N. Wheeling Ave.
Muncie, IN 47304
765.287.1717
law@johnblarue.com



EXHIBIT C

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**SHEDRICK NORTHERN,**

    Plaintiff,

vs.

**THE ESTATE OF SHIRLEY FIELDS,**

    Defendants.

Case No. 1:21-cv-06345

Honorable Manish S. Shah

Magistrate Jeffery Cummings

## DECLARATION UNDER OATH OF HEATHER VOORN

I, Heather Voorn, being duly sworn under oath and under penalty of perjury, do hereby state as follows;

1. I am a partner and licensed attorney at the law firm Delaney, Delaney & Voorn (n/k/a/ DDV Law, Ltd.) 111 North Wabash, Chicago Illinois.

2. On December 28, 2020 my law firm was hired to open an ancillary guardianship for Shirley Fields under 2021 P 328.

3. This ancillary guardianship was opened in Illinois for the sole purpose of disposing of certain real estate Shirley Fields owned in the state of Illinois and was closed by court order on March 3, 2021.

4. On May 10, 2022 Plaintiff purportedly served a legal assistant at my law firm Amber Matys with Summons and the above captioned Amended Complaint.

5. Our law firm ceased any and all legal representation relating to the estate of Shirley Fields on March 3, 2021.

6. There was an estate opened in Indiana by attorney John B. LaRue for Shirley Fields under 18C01-2101-ES-000001. This estate was closed by court order on August 26, 2021.

7. No one at Delaney, Delaney & Voorn, including but not limited to legal assistant Amber Matys, whom the summons was purportedly served upon on May 10, 2022, was authorized to accept purported service of this Summons and Amended Complaint on behalf of the Estate of Shirley Fields on May 10, 2022.



EXHIBIT D

## DECLARATION

Pursuant to 28 USC 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

*Heather E. Voorn*
Heather Voorn, Attorney at Law

___5/13/22___
Date Executed

2